UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK MANSPEIZER,

        Plaintiff,

- against -

BERGAMO FABRICS, INC., ET AL.,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/09

1:08-cv-08278-RJH

**ORDER**

Having reviewed the parties' proposed stipulated protective orders, the Court directs the parties to use the order attached to defendants' letter of May 6, 2009.

SO ORDERED.

Dated: New York, New York
      May __13__, 2009

                                              Richard J. Holwell
                                           United States District Judge