UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Mamp 3

　　　　　　　　　Plaintiff(s),

　　　　　　　-against-

Bergamo Fabrics, Inc. et al

　　　　　　　　　Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/09

ORDER OF DISCONTINUANCE

08 Civ. 8278 (RJH)(FM)

　　　　　It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

　　　　　ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:　　New York, New York
　　　　　　June 29, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　FRANK MAAS
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge


_____           _____
　　　　Saul D. Zabell
Attorney(s) for Plaintiff                Attorney(s) for Defendant


Agreed and Consented to:                 Agreed and Consented to:

_____           _____